FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2005 AUG 17 AM 11: 37
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

WILLIE MAYS,

Plaintiff,

vs.

CIVIL ACTION NO.: CV503-044

RICHARD HICKSON; CO II JIMMY ROBBINS; Sgt. MIKE GRIFFIN; HARRY RONEY, Warden; EDWINA JOHNSON, Counselor and MILEANA RUTH, Officer,

Defendants.

**ORDER**

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that he presented evidence that the Defendants would not process his grievances. Plaintiff also asserts that he wrote the chief counselor and told him to dismiss his other grievances which he filed on prior occasions; Plaintiff contends that the chief counselor informed him that he would not do so. As a result, Plaintiff avers, he had no other choice but to file the instant lawsuit against Defendants.

Plaintiff's "evidence" amounts to nothing more than bare assertions to support his contentions. As noted by the Magistrate Judge, Plaintiff offers nothing to support his bare assertions, in contravention of FED. R. CIV. P. 56(e) (stating that when a motion for summary judgment is made and supported as provided in this rule, the adverse part may not rest on mere allegations or denials of the adverse party's pleading). With nothing more

than bare assertions to support his contentions, Plaintiff has failed to create a genuine issue of material fact as to whether he exhausted his available administrative remedies prior to filing this cause of action.

Plaintiff's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Defendants' Motion for Summary Judgment (Doc. No. 53) is **GRANTED**, and Plaintiff's Cross-Motion for Summary Judgment (Doc. No. 62) is **DENIED**. Plaintiff's Complaint is **DISMISSED**, without prejudice, due to Plaintiff's failure to exhaust his available administrative remedies prior to filing his complaint. The Clerk is hereby authorized and directed to enter the appropriate Judgment of Dismissal.

**SO ORDERED**, this 17th day of August, 2005.

[signature]

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA



AO 72A
(Rev. 8/82)

# United States District Court

## *Southern District of Georgia*

Willie Mays )

vs ) CASE NUMBER CV503-044

Richard Hickson, et al. ) DIVISION WAYCROSS

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/17/05, which is part of the official record of this case.

Date of Mailing: 8/17/05

Date of Certificate [X] same date, or ____________

Scott L. Poff, Clerk

By: [signature]
Deputy Clerk

Name and Address

John Phillip Cannon, Phil Cannon, PC, P.O. Box 727, Albany, GA 31702-0727
Willie Mays, EF408199, Macon State Prison, P.O.Box 426, Oglethorpe, GA 31068

- [ ] Copy placed in Minutes
- [x] Copy given to Judge
- [ ] Copy given to Magistrate